In the Matter of the Application of SPRAGUE CONSTRUCTION Co., INC., Respondent, for a Mandamus Order against GEORGE U. HARVEY, President of the Borough of Queens, and Others, Appellants, Impleaded with NAPOLITANO CONSTRUCTION COMPANY, Defendant.— Order granting peremptory mandamus order reversed on the law and the facts, with costs, and motion denied without prejudice to the petitioner's seeking to enforce his rights, if any, in an action. The petitioner did not establish a clear legal right to the relief sought and, therefore, the granting of

a peremptory mandamus order was improvident. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.